■ LEONARD SILVERI, Respondent, v. COLONIAL KITCHEN, INC., Appellant. — Order affirmed, with $10 costs and disbursements. All concur. (Appeal

from an order of Erie Special Term granting plaintiff's motion for an examination of defendant before trial.) Present — McCurn, P. J., Willams, Bastow, Goldman and Halpern, JJ.

